UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN D. FARISH, III,<br><br>        Plaintiff,<br><br>vs.<br><br>BECHTEL MARINE PROPULSION CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. 4:16-CV-00268-DCN<br><br>JUDGMENT |

In accordance with the Order issued concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: October 30, 2017

_____
David C. Nye
U.S. District Court Judge

JUDGMENT - 1